UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    Case No. 2:02-cr-52

LARRY RUSSELL ROCK,                              HON. GORDON J. QUIST

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 3, 2012, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed, alleging four violations of the defendant's conditions of supervised release. An initial appearance was conducted on August 16, 2012, at which time the defendant requested a revocation hearing and waived his right to a preliminary hearing. On October 23, 2012, the parties appeared before the undersigned for a revocation hearing, at which time the defendant waived his right to a revocation hearing, his right to appear before a district judge, and his right to allocution and sentencing before a district judge. Defendant indicated he wished to admit to Violations #1, 2 and 4. The government moved for dismissal of Violation #3 in exchange for defendant's admission to the remaining violations. For the reasons stated on the record, it is recommended that the Court enter the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

Dated: October 24, 2012                    /s/ TIMOTHY P. GREELEY
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the hearing.  *See* W.D. Mich. L.Cr.R. 11.1(d).